**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSHUA T. DETHERAGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-835-G** |
| | ) | |
| **FNU HAYES et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff Joshua T. Detherage, a state prisoner appearing pro se, filed this civil action on April 6, 2026. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

Judge Erwin issued a Report and Recommendation recommending that this case be dismissed without prejudice due to Plaintiff's failure to comply with the Court's order to cure the deficiencies in his application for leave to proceed *in forma pauperis*. *See* R. & R. (Doc. No. 10) at 1-3. In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object by July 13, 2026. *See id.* at 3. Judge Erwin further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.*

Plaintiff did not file an objection to the Report and Recommendation or request additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 10) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. A separate judgment shall be entered.

IT IS SO ORDERED this 24th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge